1
 Erin Amber Trujillo, Petitioner v. The People of the State of Colorado. Respondent No. 25SC209Supreme Court of Colorado, En BancJanuary 12, 2026
           Court
 of Appeals Case No. 22CA1067
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether People v. Hickman, 988 P.2d 628 (Colo.
 1999), created a rule that a person can commit retaliation
 against a victim or witness under section 18-8-706, C.R.S.
 (2025), when the victim or witness has not yet testified or
 been scheduled to testify.
 
 2
 
          [REFRAMED]
 Whether, if People v. Hickman, 988 P.2d 628 (Colo.
 1999), created a rule that a person can commit retaliation
 against a victim or witness under section 18-8-706, C.R.S.
 (2025), when the victim or witness has not yet testified or
 been scheduled to testify, that rule is contrary to the
 statute's plain language, undermines legislative intent,
 and creates equal protection concerns.
 
 
          [REFRAMED]
 Whether the evidence was insufficient to prove petitioner
 committed attempted retaliation by allegedly threatening or
 harassing a would-be victim in a criminal prosecution that
 had not even been initiated.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.